# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| DALE MAISANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-mc-00043 |
| | ) | |
| JOHN MODRZEJEWSKI NP, et al., | ) | Chief Judge Haynes |
| | ) | |
| Defendants. | ) | |

## ORDER

*Pro se* Plaintiff, Dale Maisano, has filed a photocopied one-page complaint in which he alleges only that "All Defendants are fully aware I'm in need of a podiatrist, both my feet hurt on a constant [sic] and I have foot fungus. . . . All Defendants are giving corsory [sic] care." (ECF No. 1.) He claims this failure places him in "imminent danger," and he seeks damages in the amount of "Ten Trillion Dollars U.S." (*Id.*)

Plaintiff is barred by 28 U.S.C. § 1915(g) from proceeding *in forma pauperis*. He did not submit the $400.00 filing fee with his complaint, and he does not plausibly allege that he is in imminent danger of serious physical injury. Moreover, the complaint is not in compliance with the Order and Restraining Order entered by Senior United States District Judge Stephen M. McNamee on August 11, 1992 in an (unsuccessful) attempt to curtail Plaintiff's voluminous frivolous filings. Among other things, Judge McNamee's order enjoins Maisano from filing any civil action in the United States District Court for the District of Arizona, or any other federal court, without first obtaining leave of the Court. *See Maisano v. Lewis,* CIV 92-1026-PHX-SMM (MS) (D. Ariz. Aug. 11, 1992) (Order and Restraining Order).

Pursuant to the Restraining Order, any "[f]ailure to comply strictly with [its] terms . . . will be sufficient ground to deny leave to file." *Id.* Because Plaintiff made no attempt with his current filing to comply with the Restraining Order, the present complaint is hereby **DISMISSED WITHOUT PREJUDICE.**

An appeal of this order would not be in good faith, and the Court will not grant leave to appeal *in forma pauperis.*

The Clerk is **DIRECTED** to assign a civil action number to this case, to enter judgment and to close the case, in accordance with Rule 58, Fed. R. Civ. P.

It is so **ORDERED.**

**ENTERED** this the 21st day of January, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court